NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 903

ZOLTEK CORPORATION,

Plaintiff-Respondent,

v.

UNITED STATES,

Defendant-Respondent,

v.

LOCKHEED MARTIN CORPORATION,

Defendant-Petitioner.

On Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b)
from the United States Court of Federal Claims in case no. 96-CV-166,
Judge Edward J. Damich.

## O R D E R

Upon consideration of Zoltek Corporation's unopposed motion for an extension of time, until June 15, 2009, to file its response to Lockheed Martin Corporation's petition for permission to appeal,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN - 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 08 2009

JAN HORBALY
CLERK

cc:    Richard T. Ruzich, Esq.
       Gary L. Hausken, Esq.
       Dean A. Monco, Esq.

s19